# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSE IRAEL ALVAREZ,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 3:15-cv-00363-RCJ-WGC

**ORDER**

    Petitioner and respondents both have filed a motion for enlargement or extension of time. Good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 42) is **GRANTED** nunc pro tunc.

    IT IS FURTHER ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 44) is **GRANTED**. Respondents will have through May 5, 2017, to file and serve a reply to petitioner's opposition to the motion to dismiss (ECF No. 43).

    DATED: April 10, 2017.

                                        _____
                                        ROBERT C. JONES
                                        United States District Judge