# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE IRAEL ALVAREZ,<br><br>    Petitioner,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>    Respondents. | Case No. 3:15-cv-00363-RCJ-CSD<br><br>**ORDER** |

This is a habeas corpus matter under 28 U.S.C. § 2254. The parties have filed a joint status report. ECF No. 62. Both parties agree that briefing should proceed on the merits of grounds 2, 4, and 5 of the second amended petition. The court will enter a scheduling order.

IT THEREFORE IS ORDERED that respondents will have 60 days from the date of entry of this order to file and serve an answer to the second amended petition (ECF No. 34), which must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner will have 30 days from the date on which the answer is served to file a reply.

DATED: June 21, 2022.

                                                        ROBERT C. JONES<br>
                                                        United States District Judge