# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSE IRAEL ALVAREZ,

          Petitioner,

v.

DWIGHT NEVEN, et al.,

          Respondents.

Case No. 3:15-cv-00363-RCJ-CSD

**ORDER**

    Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 65), and good cause appearing;

    **IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (first request) (ECF No. 65) is GRANTED. Respondents will have up to and including October 21, 2022, to file their answer to the remaining claims in Alvarez's second amended petition.

    Dated: August 17, 2022.

                                                   ROBERT C. JONES
                                                   UNITED STATES DISTRICT COURT