**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE IRAEL ALVAREZ,<br><br>Petitioner,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>Respondents. | Case No. 3:15-cv-00363-RCJ-CSD<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 68), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (first request) (ECF No. 68) is GRANTED. Petitioner will have up to and including February 15, 2023, to file his reply to the Answer to the Second Amended Petition.

Dated: November 16, 2022

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT