**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE IRAEL ALVAREZ,<br><br>Petitioner,<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>Respondents. | Case No. 3:15-cv-00363-RCJ-CSD<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 72), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (second request) (ECF No. 72) is GRANTED. Petitioner will have up to and including February 22, 2023, to file his reply to the Answer to the Second Amended Petition.

Dated: February 15, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT