# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE IRAEL ALVAREZ,<br><br>　　　　　　Petitioner,<br>v.<br>DWIGHT NEVENS, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:15-cv-00363-RCJ-CSD<br><br>**ORDER** |

Upon review of the exhibits filed in this matter, it appears Respondents failed to comply with the redaction requirements of LR IC 6-1(a)(2)–(3) and (5). Compelling reasons exist to seal the documents as they contain personal-data identifiers, and parties cannot change filings. *See* LR IC 6-1(a)(2) ("If the involvement of a minor child must be mentioned, only the initials of that child should be used."); LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used."); and LR IC 6-1(a)(5) ("If a home address must be included, only the city and state should be listed.").

**IT IS THEREFORE ORDERED:**

1. Respondents must file redacted publicly available copies of the documents filed as ECF Nos. 13-1; 13-2; 13-7; 13-10; 13-11; 13-22; 13-26; 13-33; 14-3; 14-4; 14-5; 14-13; 14-15; 15-2; 15-10; 17-22; and 17-23, in compliance with LR IC 6-1(a)(2)–(3) and (5) by May 19, 2023; and

2. The clerk of the court shall seal the ECF documents listed in paragraph 1 of this Order.

DATED this  14th  day of  April  2023.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE